UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| No. | 8:19-cv-00352-ODW-(KES) | Date | May 26, 2020 |
|---|---|---|---|
| Title | *Nehemiah Kong v. Placentia Village Plaza LLC et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge |
|---|---|

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**               **In Chambers**

Pursuant to Plaintiffs' Notice of Stipulated Dismissal (ECF No. 28) and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED WITH PREJUDICE**; and

2. All dates and deadlines in this action are **VACATED** and taken off calendar.

Each party shall bear its own costs.  The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                                                                                   :     00

Initials of Preparer     SE